# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARMAND CARTEZ STEWARD

NO. 2019 KW 1437

DEC 0 6 2019

---

In Re:     Armand Cartez Steward, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 19-06583.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT DENIED.**   The East Baton Rouge Parish Clerk of Court record shows that on October 15, 2019, the State charged relator by bill of information with being a principal to simple burglary in docket number 19-06583.   On October 17, 2019, relator was also charged with simple burglary and with being a principal to felony theft in docket numbers 19-06671 and 19-06672, respectively. Relator's claim that the State failed to institute prosecution in docket number 19-06583 is moot.   <u>See</u> La. Code Crim. P. art. 701(B)(1)(a).   <u>See also</u> **State v. Varmall,** 539 So.2d 45, 46 (La. 1989) (*per curiam*).

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT